**Order entered March 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01659-CV

## ESTATE OF CLOYD D. YOUNG, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-02344-1**

## ORDER

The Court has before it appellant's March 21, 2014 unopposed motion to suspend oral argument to allow time to finalize the parties' settlement agreement. The motion states the parties have signed a settlement agreement and have a hearing set in the trial court on March 27, 2014 to prove up the agreement. We **GRANT** the motion as follows.

The appeal will be submitted without oral argument on Wednesday, March 26, 2014.

We **ABATE** the appeal for thirty days to allow the parties to complete their settlement agreement. The appeal will be reinstated on April 25, 2014 or when a motion to dismiss is filed, whichever is earlier. If the parties do not file a motion to dismiss by April 25, 2014, the appeal will proceed to disposition on the parties' briefs.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE